**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CHAMPAGNE D. MOORE AND<br>ERIC A. TRUSS, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-03376-RBW |
| | ) | |
| DEPARTMENT OF THE ARMY, | ) | |
| | ) | |
| *Defendant.* | ) | |

**<u>AFFIDAVIT OF SERVICE</u>**

Pursuant to Federal Rule of Civil Procedure 4(l)(1), I certify that a copy of the Complaint

and Summons in this action was served by certified mail onto the Honorable Pam Bondi, at United

States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC, 20530, on October

15, 2025. Please see the attached exhibit.

Dated November 3, 2025.                    Respectfully submitted,

/s/*David P. Sheldon*
David P. Sheldon
DC Bar #4346039
Law Offices of David P. Sheldon, P.L.L.C.
100 M Street, S.E., Suite 600
Washington, DC  20003
Tel: 202.546.9575
Fax: 202.546.0135

*Attorney for Plaintiff*