UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMPAGNE D. MOORE, et al., | |
| Plaintiff, | |
| v. | Civil Action No. 25-3376 (RBW) |
| DEPARTMENT OF THE ARMY, | |
| Defendant. | |

## NOTICE REGARDING SERVICE

By and through their undersigned counsel, Defendants respectfully provide this notice regarding service in this matter.  In short, as explained below, a response to Plaintiffs' Complaint is due by February 3, 2026, and not by December 14, 2025, as erroneously reflected on the docket.

Plaintiffs filed this suit on September 23, 2025, against the Department of the Army (and errata to correct filing deficiencies on September 25 and 26, 2025) challenging the Army's allegedly unlawful disclosure of a police report from a Privacy Act "system of records" to a private third party for use in a state-court custody case.  Compl., ECF Nos. 1–3.  On September 26, 2025, the Clerk of the Court endorsed the draft summonses Plaintiffs filed with his complaint for the U.S. Attorney and U.S. Attorney General.  Summonses, ECF No. 4.  Plaintiffs filed two affidavits, ECF Nos. 5–6, indicating service.  Although the zip code on the affidavits is correct, the PS Form 3811 (return receipt) attached to the affidavits reflect an incorrect zip code for the U.S. Attorney. *See id.*

"[A] United States agency . . . must serve an answer to a complaint . . . within 60 days after service on the United States attorney." Fed. R. Civ. P. 12(a)(2). Although the docket currently reflects that an answer is due for all federal defendants by December 14, 2025,  the U.S. Attorney's

Office has no record of mail service in this case, and also had no record of electronic service until December 5, 2025, when Plaintiffs' counsel effected electronic service on the U.S. Attorney's Office in accordance with Rule 4. Fed. R. Civ. P. 4(i)(1)(A) after being notified by the undersigned that service had yet to be effected. *See also* U.S. Attorney's Office for D.C., Civil Division, https://www.justice.gov/usao-dc/civil-division. Accordingly, unless the Court directs otherwise, Defendants plan to respond to Plaintiffs' Complaint by February 3, 2026, in accordance with the 60-day response period following service on the U.S. Attorney's Office set forth in Rule 12(a)(2).

Dated: December 11, 2025
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:        */s/ Brian C. Tracy*
      BRIAN C. TRACY
      Special Assistant U.S. Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-7113

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I certify that on December 11, 2025, I caused a true and correct copy of the foregoing to be served on Plaintiff via electronic mail at davidsheldon@militarydefense.com.

_/s/ Brian Tracy_
BRIAN C. TRACY
Special Assistant U.S. Attorney, Civil Division
U.S. Attorney's Office for D.C.