UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHAMPAGNE D. MOORE, et al.,

                Plaintiff,

      v.

DEPARTMENT OF THE ARMY,
                Defendant.

Civil Action No. 25-3376 (RBW)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant Department of the Army's Motion to Dismiss and Memorandum in Support thereof, and the entire record herein, it is hereby

ORDERED that Defendant's Motion is GRANTED; and it is further

ORDERED that Plaintiffs' Complaint is DISMISSED.


SO ORDERED:


_____                    _____

Date                                         REGGIE B. WALTON
                                         United States District Judge